DABLYN MANAGEMENT CORP., Appellant, v. MANUFACTURERS TRUST COMPANY, as Trustee for the Benefit of the Holders of Investments in a Mortgage Covering Premises Known as 2410 Kings Highway, Borough of Brooklyn, County of Kings, City and State of New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY and Designated as Guarantee No. 170,925 of Such Company, Respondent.— In an action for money had and received, plaintiff appeals from an order denying its motion for judgment on the pleadings and granting judgment on the pleadings in favor of the defendant, pursuant to Civil Practice Rule 112,

886

and from a judgment entered thereon dismissing the complaint. Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.